# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

GARY WAYNE BECK,

    Plaintiff,

v.                                    CASE NO. 5:16-cv-00293-WTH-EMT

BAY COUNTY, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 1, 2018. (ECF No. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections at ECF No. 21. I have made a de novo review based on those objections. Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The Clerk is directed to enter the following judgment: "This cause is DISMISSED under 28 U.S.C. § 1915 (e)(2)(B)(i) and (ii) as frivolous and for failure to state a claim upon which relief may be granted."

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this *18th* day of June, 2018

_____
UNITED STATES DISTRICT JUDGE